UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

**INNOVATION VENTURES, LLC**,
a Michigan Limited Liability Company,

    *Plaintiff and Counter-Defendant*,

vs.

**BHELLIOM ENTERPRISES CORP.**,
a Florida corporation,

    *Defendan and Counter-Plaintiff.*

Case No.: **09-cv-13783-LPZ-MJH**

*JURY TRIAL DEMANDED*

_____

## ORDER STRIKING INNOVATION VENTURE'S RESPONSE TO BHELLIOM'S MOTION FOR SUMMARY JUDGMENT (DKT. #62)

    Plaintiff timely filed its confidential Response to Bhelliom's Motion for Summary Judgment (Dkt. #62), but inadvertently failed to file it as a sealed event;

    IT IS HEREBY ORDERED that the Response and all its attachments shall be immediately stricken from the record and Plaintiff Innovation Ventures, LLC may re-file the Response under seal as if timely filed.

    **SO ORDERED.**

                                s/Lawrence P. Zatkoff
                                Lawrence Zatkoff
                                United States District Judge

Dated: March 31, 2011

**Approved as to form:**

| | |
|---|---|
| **BROOKS KUSHMAN P.C.** | **VANDEVEER GARZIA, PC** |
| By:  /s/ Thomas W. Cunningham | By: s/with consent of  James K. Thome |
| MARK A. CANTOR (P32661) | JAMES K. THOME (P25629) |
| THOMAS W. CUNNINGHAM (P57899) | 1450 West Long Lake Road |
| MARC LORELLI (P63156) | Suite 100 |
| 1000 Town Center, 22nd Floor | Troy, MI 48098 |
| Southfield, MI 48075 | (248) 312-2800 |
| (248) 358-4400 | jthome@vgpclaw.com |
| mcantor@brookskushman.com | P25629 |
| tcunningham@brookskushman.com | *Attorneys for Defendant* |