UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Innovation Ventures, LLC,

      Plaintiff(s),

v.

Bhelliom Enterprises Corp.,

      Defendant(s).
_____/

Case No. 09-cv-13783
HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 154)

The Court has reviewed the following document: Motion to Preclude Evidence (Dkt. 154). The Court finds that it should be stricken for the following reason(s):

☑ Missing statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☑ Does not comply with the Case Management Order in this case for the following reasons: The motion contains no statement of concurrence as required by Section II.B.1 of the Case Management Order.

☐ Other:_____

_____

_____.

Accordingly, the Court strikes the document. __Plaintiff_____ shall file an amended document that complies with all requirements on or before __12/30/2015_____.

SO ORDERED.

Dated: 12/16/2015                                         s/ Mark A. Goldsmith
      Detroit, Michigan                              MARK A. GOLDSMITH
                                                   United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on  December 16, 2015       .

                                        s/ Karri Sandusky

                                        Karri Sandusky
                                        Case Manager